WILSON & CO., Inc., Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 12406.

United States Court of Appeals
Fifth Circuit.

May 9, 1949.

Rehearing Denied May 30, 1949.

Richard C. Winkler and John L. Cockrill, both of Chicago, Ill., and J. Raburn Monroe and Jack A. Bornemann, both of New Orleans, La., for petitioner.

A. Norman Somers, Asst. Gen. Counsel, NLRB, David P. Findling, Associate Gen. Counsel, NLRB, and Elizabeth W. Weston, Atty., NLRB, all of Washington, D. C., for respondent.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

A careful study of the record in this case leads us to the conclusion that enforcement of the Board's order should be denied.